Faver A. Londono
Luz E. Londono de Garcia
3007 E Campo Bello Dr
Phoenix AZ 85032

FILED

2009 NOV 17 AM 10:48

CLERK
U.S. BANKRUPTCY
DISTRICT ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Faver Antonio Londono<br>Luz E. Londono de Garcia<br><br>Debtor<br><br>Bank of America, NA<br><br>Movant,<br><br>vs<br><br>Faver Antonio Londono and Luz E.<br>Londono de Garcia, Debtors; David M.<br>Reaves, Trustee<br><br>Respondents | Chapter 7 Proceeding<br>2:09-abk-24928-CGC<br><br>RESPONSE TO MOTION FOR RELIEF<br>FROM THE AUTOMATIC STAY |

COME NOW Debtors, and for their answer to the Motion For Relief From the Automatic Stay, and enter the following:

The motion should be denied.

The property in question is the residence of debtors and at this time they are attempting a mortgage modification procedure with Movant. It makes no sense, and it would be inequitable, to deprive debtors of stay protection while the modification procedure is on-going.

Specifically, debtors admit the allegations in the motion down through line 22 of the

second page (the pages are unnumbered).

Debtors deny the balance of the motion.

Wherefore, the court should deny the motion, and allow the plan and rehabilitation proposal in it to complete; debtors also pray for their costs and fees in the premises.

Dated this 17th day of November 2009.

_____  
Faver Antonio Londono

_____  
Luz E. Londono De Garcia

Copy of the forgoing mailed
this date to:

David M. Reaves, Trustee
PO Box 44320
Phoenix AZ 85064-4320